



1949

INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0602

55-33/212 NJ
60353

DATE 1/3/2013

PAY TO THE ORDER OF  Union Wellness Center P.A  $ 600.00

Six Hundred  DOLLARS

Bank of America

ACH R/T 021200339

FOR Union office JStruss Rent

⑆001949⑆ ⑆021200339⑆ 009505798506⑆

```
Amount:       $600.00          Sequence Number: 8992538982
Account:      9505798506       Capture Date:    02/01/2013
Bank Number: 02120033          Check Number:    1949
```



```
Electronic Endorsements:
Date        Sequence       Bank #      Endrs Type    TRN   RRC   Bank Name
02/01/2013  008992538982   111012822   Pay Bank      N           BANK OF AMERICA, NA
02/01/2013  9290211187     74909962    Rtn Loc/BOFD  Y           JPMORGAN CHASE BANK,
```



**INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC**
P.O. BOX 604
SADDLE RIVER, NJ 07458-0602

1957

55-33/212 NJ
60353

DATE 2/1/2013

PAY TO THE ORDER OF Union Wellness Center

$ 600 00/x

Six Hundred

DOLLARS

**Bank of America**
ACH R/T 021200339

FOR Union Potirva Office Vent for Feb'12

⑈0019571⑈ ⑊021200339⑊ 009505798506⑈

Amount:        $600.00            Sequence Number: 9192661850
Account:       9505798506         Capture Date:    02/22/2013
Bank Number:   02120033           Check Number:    1957



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 02/22/2013 | 4580596403 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |
| 02/22/2013 | 009192661850 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |



**INTERVENTIONAL SPINE AND PAIN TREATMENT CENTER, PC**
P.O. BOX 604
SADDLE RIVER, NJ 07458-0602

1968

55-33/212 NJ
60353

DATE _3/4/2013_

PAY TO THE ORDER OF _Union Wellness Center_    $ 600⁰⁰

_Six Hundred_    DOLLARS

**Bank of America**

ACH R/T 021200339

FOR _Union Totowa Office Rent for 3/2013_

⑈001968⑈ ⑆021200339⑆ 009505798506⑈

```
Amount:       $600.00              Sequence Number: 9592046248
Account:      9505798506           Capture Date:    03/08/2013
Bank Number: 02120033              Check Number:    1968
```



```
Electronic Endorsements:

Date          Sequence        Bank #     Endrs Type     TRN   RRC   Bank Name
03/08/2013    009592046248    111012822  Pay Bank       N           BANK OF AMERICA, NA
03/08/2013    4580076627      74909962   Rtn Loc/BOFD   Y           JPMORGAN CHASE BANK,
```



**INTERVENTIONAL SPINE AND PAIN TREATMENT CENTER, PC**
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

1976

55-33/212 NJ
60353

DATE 4/1/2013

PAY TO THE ORDER OF ___Union Wellness Center___ $ 600.00

___Six Hundred___ DOLLARS

Bank of America

ACH R/T 021200339

FOR ___Totowa Rental for April 2013___

⑈001976⑈ ⑆021200339⑆ 009505798506⑈

MP

Amount:        $600.00              Sequence Number: 9992650690

Account:       9505798506           Capture Date:    04/05/2013

Bank Number: 02120033               Check Number:    1976



INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

1976
55-33/212 NJ
50353

DATE  4/1/2013

PAY TO THE ORDER OF  Union Wellness Center          $ 600.00

Six Hundred                                          DOLLARS

Bank of America
ACH R/T 021200339

FOR  Totowa Rental for April 2013

⑈001976⑈ ⑈021200339⑈ 009505798506⑈

JPMorganChaseBank 040507 747713 941860010209

UNION WELLNESS CENTER, PA
421290458I
FOR DEPOSIT ONLY

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 04/05/2013 | 8490415075 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |
| 04/05/2013 | 009992650690 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |



INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

2001

55-33/212 NJ
60353

DATE 5/1/13

PAY TO THE ORDER OF ___Cumin Wellness Center___ | $600 oo/xx

___Six Hundred___ DOLLARS

Bank of America
ACH R/T 021200339

FOR ___Rental for May 13 Totowa office___

⑅00200⑅ ⑉021200339⑉ 009505798506⑅

INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

2001

55-33/212 NJ
60353

DATE 5/1/13

PAY TO THE ORDER OF  Union Wellness Center          $600

Six Hundred                                    DOLLARS

Bank of America

ACH R/T 021000339

FOR  Rental for May 13 Totowa office

⑈00 200 ⑈  ⑇02 1200339⑇  009505798506⑈

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 05/15/2013 | 008992245640 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 05/15/2013 | 4580714828 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |

FOR DEPOSIT ONLY
UNION WELLNESS CENTER, PA
4212604581

Amount:     $600.00          Sequence Number: 8992245640

2004

INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

55-33/212 NJ
60353

DATE  6/1/2013

PAY
TO THE
ORDER OF  Union Wellness Center                    $ 600.⁰⁰

Six  Hundred                                         DOLLARS

**Bank of America**
ACH R/T 021200339

FOR  June Rental Union Office

⑈00 2004⑈ ⑇0212003391: 009505798506⑈

Amount:        $600.00              Sequence Number: 9892079475
Account:       9505798506           Capture Date:     06/10/2013
Bank Number: 02120033               Check Number:    2004



INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

2004
55-33/212 NJ
60353

DATE  6/1/2013

PAY TO THE ORDER OF   Union Wellness Center        $ 600.00

Six Hundred ——                           DOLLARS

Bank of America
ACH R/T 021200339

FOR  June Rental Union Office

⑈00 2004⑈ ⑈:0 2 ⑈2003 39⑈: 0095057985 06⑈

UNION WELLNESS CENTER, PA
4212984581
FOR DEPOSIT ONLY

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 06/10/2013 | 9470936904 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |
| 06/10/2013 | 009892079475 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

2033

55-33/212 NJ
60353

**INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC**
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

DATE 7/01/2013

$ 600⁰⁰/₁₀₀

PAY
TO THE
ORDER OF  Clivian Wellness Center

Six Hundred · _____ DOLLARS

**Bank of America**

ACH R/T 021200339

FOR Clivian Office Rent (ToTo wa)

⑈002033⑈ ⑊021200339⑊ 009505798506⑈

MP

Amount:        $600.00              Sequence Number: 9292512388
Account:       9505798506           Capture Date:    07/24/2013
Bank Number: 02120033               Check Number:    2033



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 07/24/2013 | 009292512388 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 07/24/2013 | 9670461169 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |

**INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC**
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

2034

55-33/212 NJ
60353

DATE  8/1/13

PAY TO THE ORDER OF  Union Wellves Center                    $ 600 00

Six  Hundred                                          DOLLARS

**Bank of America**
ACH R/T 021200339

FOR  Totorwa office rental Aug 2013

"002034"  ":021200339":  0095057985 06"

| | | | |
|---|---|---|---|
| Amount: | $600.00 | Sequence Number: | 8792664394 |
| Account: | 9505798506 | Capture Date: | 08/12/2013 |
| Bank Number: | 02120033 | Check Number: | 2034 |



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/12/2013 | 3790534429 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |
| 08/12/2013 | 008792664394 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

2061

**INTERVENTIONAL SPINE AND PAIN TREATMENT CENTER, PC**
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

55-33/212 NJ
60353

DATE _9/6/13_

PAY TO THE ORDER OF _Aucin, Wellness Center_ | $ _600 00_

_Six Hundred_ ————————— DOLLARS

**Bank of America** 🇺🇸

ACH R/T 021200339

FOR _Totowa Office Rental_

⑈00 2061⑈ ⑆021200339⑆ 009505798506⑈

Amount:        $600.00           Sequence Number: 9092266245

Account:       9505798506        Capture Date:    09/10/2013

Bank Number: 02120033            Check Number:    2061



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 09/10/2013 | 4270869547 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |
| 09/10/2013 | 009092266245 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

2082

**INTERVENTIONAL SPINE AND PAIN TREATMENT CENTER, PC**
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

55-33/212 NJ
60353

DATE _10/1/13_

PAY TO THE ORDER OF _Union Wellness Center_          $ _600.00_

_Six Hundred_ _____ DOLLARS

**Bank of America**

ACH R/T 021200339

FOR _Tutor office rental oct 2013_

MP

⑈00 2082⑈ ⑆021200339⑆ 009505798506⑈

Amount:        $600.00            Sequence Number: 8592119945

Account:       9505798506         Capture Date:    10/23/2013

Bank Number: 02120033             Check Number:    2082





Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 10/23/2013 | 9070668246 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |
| 10/23/2013 | 008592119945 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

2098

55-33/212 NJ
60353

DATE _11/1/13_

PAY
TO THE
ORDER OF _Union Wellness Center_                                  $ 600.00

_Six Hundred_                                                    DOLLARS

**Bank of America** 🏦

ACH R/T 021200339

FOR _Union Office Rental Nov 2013_

⑈002098⑈ ⑈021200339⑈ 009505798506⑈

```
Amount:        $600.00         Sequence Number:  9692596376
Account:       9505798506      Capture Date:     11/26/2013
Bank Number:   02120033        Check Number:     2098
```

INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

2098

55-33/012 NJ
68353

DATE 11/1/13

PAY TO THE ORDER OF _____ Union   Wellness   Center _____ $ 600 00

Six   Hundred _____ DOLLARS

**Bank of America**
ACH R/T 021200339

FOR Union Office Rental Nov 2013

⑆00 2098⑆ ⑈02 1200339⑈ 009505798506⑆

JPMorganChaseBank  112605  747713-941860024550

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 11/26/2013 | 8490073363 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |
| 11/26/2013 | 009692596376 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

55-33/212 NJ
60353

DATE   12/1/13

PAY
TO THE
ORDER OF   Union Wellness Center                    $ 600 00

Six Hundred                                          DOLLARS

Bank of America

ACH R/T 021200339

FOR   Totowa Office Rental Dec 2013

⑈002110⑈ ⑈021200339⑈ 009505798506⑈

Amount:       $600.00              Sequence Number: 8892958112

Account:      9505798506           Capture Date:    12/20/2013

Bank Number: 02120033              Check Number:    2110



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 12/20/2013 | 008892958112 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 12/20/2013 | 4090969451 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |

| Amount: | $600.00 | Sequence Number: | 9092707262 |
|---|---|---|---|
| Account: | 9505798506 | Capture Date: | 02/28/2014 |
| Bank Number: | 02120033 | Check Number: | 2145 |



INTERVENTIONAL SPINE AND
PAIN TREATMENT CENTER, PC
P.O. BOX 604
SADDLE RIVER, NJ 07458-0604

2145
55-33/212 NJ
60353

DATE JAN 3ʳᵈ 2014

PAY TO THE ORDER OF____ UNION WELLNESS CENTER _____ $ 600 ⁰⁰⁄₁₀₀

Six HUNDRED _____ DOLLARS

Bank of America
ACH R/T 021200339

FOR POTOWA OFFICE RENTAL FOR JAN 2014

⑈002145⑈ ⑆021200339⑆ 009505798506⑈



FOR DEPOSIT ONLY
UNION WELLNESS CENTER, PA
AC:1204521

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 02/28/2014 | 009092707262 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 02/28/2014 | 1070913745 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |

Amount:       $600.00                Sequence Number: 8392311825
Account:      9505798506             Capture Date:    03/14/2014
Bank Number:  02120033              Check Number:    2150



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/14/2014 | 5670782175 | 74909962 | Rtn Loc/BOFD | Y | | JPMORGAN CHASE BANK, |
| 03/14/2014 | 008392311825 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |