Links to websites with negative press on Terry Ramnanan, M.D.

1. https://nj.gov/oag/newsreleases17/pr20170802a.html
2. https://www.nj.com/bergen/2017/08/neurologist_charged_with_paying_illegal_kickbacks_1.html
3. http://passaic280.rssing.com/browser.php?indx=52059994&item=3066
4. http://passaic280.rssing.com/chan-52059994/all_p154.html
5. http://benex.org/2017/08/n-j-crackdown-illegal-health-care-kickbacks-snares-neurologist/
6. https://myemail.constantcontact.com/ASIPP-Enews.html?soid=1101412233222&aid=CWnzrf3jjH8
7. https://www.doctornews.com/article/new-charges-neurologist-referral-kickback-scheme?mkt_tok=eyJpIjoiTlROa1ptVTBOR1EwWWpWbCIsInQiOiJmM3FyZ1JyMkJrdE5qblB0bno1aGM1QjBpXC9CQXZ1ZGhWTDh1RVIrUGF2T1IxQ3FBWTJqVm11ak83WUJ5UHlsN0JZWGlWK2FmXC92U1luS0ZMem8wTXYzTzlHcnFcL1JGQkRYdWRkN0t4YlhcL2dXS3Z2UGF4MVhYanltbHlZTG5SSVAifQ==
8. https://www.northjersey.com/story/news/crime/2018/06/01/bergen-county-nj-neurologist-faces-additional-charges-kickback-scheme/665051002/
9. https://nj.gov/oag/newsreleases18/pr20180601c.html
10. https://www.tapinto.net/towns/paramus/sections/law-and-justice/articles/paramus-neurologist-charged-with-fraudulently-bil
11. https://www.nj.com/bergen/2018/06/nuerologist_illegal_doctors_new_jersey_bibes_kickb.html
12. https://dailyvoice.com/new-jersey/paramus/police-fire/new-charges-brought-against-paramus-neurologist-in-massive-kickback-scheme/738059/
13. https://www.wsj.com/articles/n-j-crackdown-on-illegal-health-care-kickbacks-snares-neurologist-1501713126
14. https://twitter.com/newjerseyoag/status/1002639966063734785?lang=en
15. https://www.facebook.com/NewJerseyOAG/photos/nj-attorney-general-grewal-and-the-new-jersey-office-of-the-insurance-fraud-pros/1851827761787542/
16. https://www.google.com/search?client=firefox-b-1-d&q=terry+ramnanan+md